# United States District Court
# For The Western District of North Carolina
# Statesville Division

NICHOLE H. MCKINNEY,

      Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                          5:12CV47

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 17, 2012 Order.

                                                Signed: September 17, 2012

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court